IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL K. JAMISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: CV605-066 |
| ) | |
| ) | |
| Lt. REGINALD T. LANGSTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Georgia Department of Corrections, a non-party to this action, has filed an Objection and Motion to Quash Subpoena served by the Plaintiff. No response has been filed indicating no opposition thereto. See Local Rule 7.5. Accordingly, the Objection of the Georgia Department of Corrections is **sustained**. The unopposed Motion to Quash Plaintiff's March 1, 2006, subpoena is **granted**.

**SO ORDERED**, this 10th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)