IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 26 PM 2: 18

CLERK _____
S.O. DIST. OF GA.

MICHAEL JAMISON )
)
vs. ) CIVIL ACTION NO. 605-066
)
LT. LANGSTON )

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this ___26th___ day of ___June___, 2007

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia